**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                             CASE NO.  3:91cr3122LAC

WARREN LOPEZ

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on March 5, 2008

Motion/Pleadings: MOTION TO AMEND SENTENCE PURSUANT TO 18 U.S.C. 3582(C)(1)(B)(2)

Filed by DEFENDANT PRO SE on 2/27/08 Doc.# 101

RESPONSES:

 on Doc.#
 on Doc.#

___ Stipulated     ___ Joint Pldg.
___ Unopposed    ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                 Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of March, 2008, that:*

*(a) The relief requested is* **DENIED. MOOT.**

*(b)* Sentence has been reduced (doc. 100).

                                                                     *s/L.A. Collier*
                                                                    **LACEY A. COLLIER**
                                          *Senior United States District Judge*

Entered On Docket: By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.